# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GLENN C. FISHER, JR.

NO. 2020 KW 1320

**MARCH 2, 2021**

---

In Re: Glenn C. Fisher, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 577,754.

---

**BEFORE:** **GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED.** The district court is **ORDERED** to direct the court reporter for Division B to prepare transcripts of the proceedings held on December 5, 2016 and January 19, 2017, in case number 577,754, and file the transcripts with the Clerk of Court for the 22nd Judicial District Court, Parish of St. Tammany, on or before April 1, 2021. The Clerk of Court is then ordered to forward said transcripts to relator on or before April 8, 2021.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT